UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LaDARIUS GLOVER,

    Applicant,

v.                                      CASE NO. 8:22-cv-302-TPB-AEP

SECRETARY, Department of Corrections,

    Respondent.
_____/

## ORDER

    Glover applies under 28 U.S.C. § 2254 for the writ of habeas corpus. (Doc. 1) Glover filed an earlier application, which was assigned case number 8:21-cv-2305-TPB-JSS. The application in the present case asserts the same claims as in the earlier case plus one additional claim, consequently, the application in this case is an amended application for the earlier case.

    Accordingly, the application (Doc. 1) is **STRICKEN**. The clerk must file the application (Doc. 1) as an amended application in Glover's earlier case, 8:21-cv-2305-TPB-JSS, and **CLOSE** this case.

    ORDERED in Tampa, Florida, on ____3/1____, 2022.

                                                THOMAS P. BARBER
                                                UNITED STATES DISTRICT JUDGE